### THE ROSE REICHERT.

### THE JOHN F. LEWIS.

(Circuit Court of Appeals, Second Circuit. December 22, 1921.)

#### No. 83.

Appeal from the District Court of the United States for the Southern District of New York.

Libel in admiralty by the Central Union Stockyards Company against the steam tugs Rose Reichert and John F. Lewis. From a decree (278 Fed. 311) holding both tugs at fault, the Reichert Towing Line, Inc., as claimant of the Rose Reichert, appeals. Affirmed.

Foley & Martin, of New York City (William J. Martin and G. V. A. McCloskey, both of New York City, of counsel), for appellant.

Park & Mattison, of New York City (Samuel Park, of New York City, of counsel), for the John F. Lewis.

Harrington, Bigham & Englar, of New York City (L. J. Matteson and C. W. Hagen, both of New York City, of counsel), for libelant-appellee.

Before HOUGH, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Decree affirmed, with costs.